In re **William Stehl**   Case No. **11-22579**
(if known)

*AMENDED 12/21/2011*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**ABN AMRO Mortgage**<br>**PO Box 9438**<br>**Gaithersburg, MD 20898** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **54006**<br>**American Express**<br>**P.O.Box 650448**<br>**Dallas, TX 75265-0448** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$661.71** |
| ACCT #: **14003447002527374**<br>**Capital One**<br>**PO Box 60599**<br>**City of Industry, CA 91716** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,876.72** |
| **edNoticingPartiesDesignation**<br>**Capital One** | | | **Weinstein and Riley PS**<br>**PO Box 3978**<br>**Seattle, WA 98124-0000** | | | | **Notice Only** |
| ACCT #: **8004**<br>**Chase**<br>**PO BOX 15145**<br>**Wilmington, DE 19850-5145** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$5,854.25** |
| ACCT #: **2974**<br>**Chase**<br>**PO BOX 15145**<br>**Wilmington, DE 19850-5145** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,802.68** |
| | | | | | | Subtotal > | **$12,195.36** |
| | | | | | | Total > | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

_____**4**_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **William Stehl**                                Case No. **11-22579**
                                                              (if known)

*AMENDED 12/21/2011*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| edNoticingPartiesDesignation<br>**Chase** | | | CR Evergreen II, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | | | | Notice Only |
| ACCT #: **607471323012****<br>**Citi Financial**<br>**300 St Paul Place**<br>**BSP13A**<br>**Baltimore, MD 21202** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $6,979.00 |
| ACCT #: **546616011552****<br>**Citibank**<br>**701 E 60th St N**<br>**Sioux Falls, SD 57104** | | - | DATE INCURRED: **01/01/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $6,388.00 |
| edNoticingPartiesDesignation<br>**Citibank** | | | **Citibank Credit Services, Inc.**<br>**Alliance One Receivables Managment Inc.**<br>**PO Box 3107**<br>**Southeastern, PA 19398-3107** | | | | Notice Only |
| ACCT #: **5466160415526087**<br>**Citicorp Credit Services**<br>**Processing Center**<br>**Des Moines, IA 50364-0001** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $10,524.45 |
| ACCT #:<br>**Department of Commerce**<br>**1011 Plum Street SE**<br>**PO Box 42525**<br>**Olympia, WA 98504-2525** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**State Mediation for Loan Mod**<br>REMARKS: | | | | Unknown |

Sheet no. __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$23,891.45**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **William Stehl**  Case No. **11-22579**
(if known)

*AMENDED 12/21/2011*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 5421611442<br>**FedLoan Servicing**<br>PO Box 69184<br>Harrisburg, PA 17106-9184 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loans**<br>REMARKS: | | | | $20,500.00 |
| **edNoticingPartiesDesignation**<br>**FedLoan Servicing** | | | **New Hampshire Education Assistance**<br>**4 Barrell Court**<br>**PO Box 2097**<br>**Concord, NH 03302** | | | | Notice Only |
| ACCT #:<br>**Northwest Trustee Services, Inc**<br>c/o Vonnie McElligott<br>PO Box 997<br>Bellevue, WA 98009-997 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #: Steh0000001<br>**Redwood Eye Clinic**<br>17601 140th Ave. NE Ste 200<br>Woodinville, WA 98072 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $285.05 |
| ACCT #: 1021079<br>**Sallie Mae**<br>P.O. Box 9500<br>Wilkes-Barre, PA 18773-9500 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loans**<br>REMARKS: | | | | $56,403.36 |
| ACCT #: 6583<br>**Wells Fargo**<br>PO BOX 9210<br>DES MOINES, IA 50306 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $13,328.00 |

Sheet no. ___2___ of ___4___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$90,516.41**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **William Stehl**  Case No. **11-22579**
(if known)

*AMENDED 12/21/2011*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| edNoticingPartiesDesignation<br>Wells Fargo | | | Wells Fargo Bank, NA<br>c/o Wells Fargo Card Services<br>Recivery Department<br>PO Box 9210<br>Des Moines, IA 50306 | | | | Notice Only |
| ACCT #: 17765133<br>Wells Fargo Bank, NA<br>PO Box 10438 MAC X2505-016<br>Des Moines, IA 50306 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $11,410.34 |
| ACCT #: 6628755345<br>Wells Fargo BK NV<br>PO Box 3117<br>Winston-Salem, NC 27102 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Line of Credit<br>REMARKS: | | | | $10,524.42 |
| edNoticingPartiesDesignation<br>Wells Fargo BK NV | | | Professional Bureau<br>PO Box 628<br>Elk Grove, CA 95759 | | | | Notice Only |
| edNoticingPartiesDesignation<br>Wells Fargo BK NV | | | Wells Fargo Servicing Center<br>Personal Credit Mgmt Payment Processing<br>MAC Q2132-013<br>PO Box 94423<br>Albequerque, NM 87199-9833 | | | | Notice Only |
| ACCT #: 6048700006210666<br>Wells Fargo Financial<br>PO Box 660041<br>Dallas, TX 75266 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $5,065.41 |

Sheet no. __3__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$27,000.17**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED 12/21/2011*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| edNoticingPartiesDesignation<br>Wells Fargo Financial | | | Wells Fargo Bank<br>4137 121st St<br>Urbandale, IA 50323 | | | | **Notice Only** |
| ACCT #: **4465420194086883**<br>**Wells Fargo USA**<br>**PO Box 30086**<br>**Los Angeles, CA 90030** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$13,623.34** |
| ACCT #: **604870000621****<br>**WF Fin Cards**<br>**MAC 4031-080**<br>**800 Walnut St**<br>**Des Moines, IA 50309** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$5,190.00** |
| ACCT #:<br>**Internal Revenue Service**<br>**PO BOX 7346**<br>**PHILADELPHIA, PA 19101-7346** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __4__ of __4__ continuous sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$18,813.34**

Total > **$172,416.73**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)